UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERI D MARTIN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　Defendant. | Case No. C24-5370 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Plaintiff's Motion for Extension of Time, and given that Defendant has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including October 5, 2024, to file the Opening Brief;

- Defendant shall have up to and including November 4, 2024, to file a response to Plaintiff's Opening Brief; and

- Plaintiff shall have up to and including November 18, 2024, to file the optional Reply Brief.

DATED this 15th day of August, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1